UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ICPILLAR LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. A-23-CV-00282-ADA |
| § | |
| ARM LTD., ARM, INC., § | |
| § | |
| Defendants. § | |

ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. ECF No. 53. Noting the joint and unopposed nature of the Stipulation, the Court hereby **ORDERS** that all claims asserted in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorneys' fees.

**IT IS FURTHER ORDERED** that the Clerk of Court is respectfully directed to close the case.

**SIGNED** this 1st day of November, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE